IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BATCHELDER,

    Plaintiff,

v.

FEDERAL BUREAU PRISON,

    Defendant.

No. C 05-04241 CRB

**ORDER**

    Now before the Court is plaintiff's application to proceed *in forma pauperis* ("IFP"). A court may authorize a plaintiff to prosecute an action in federal court without prepayment of fees or security if the plaintiff submits an affidavit showing that he or she is unable to pay such fees or give security therefor. See 28 U.S.C. § 1915(a). Plaintiff has submitted the required documentation, and it is evident from his application that his assets and income are insufficient to enable plaintiff to prosecute the action.

    Viewing plaintiff's application in isolation, it appears that he should be allowed to proceed IFP. A court is under a continuing duty, however, to dismiss a case whenever it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B)(i)-- (iii). The judge to whom this case was initially assigned previously dismissed plaintiff's complaint because the court was "unable to

determine either the facts upon which plaintiff's lawsuit is based or the legal claims that plaintiff wishes to pursue."

Plaintiff's amended complaint, filed October 31, 2005, fares no better.  Plaintiff appears to making an employment related claim pursuant to 41 U.S.C. section 1981, yet it is impossible to decipher what conduct plaintiff alleges violated that statute and when that conduct occurred.  Accordingly, the Court shall give plaintiff one final chance to state a claim.  On or before **December 9, 2005**, plaintiff shall file a statement, not to exceed **two double-spaced pages**, that clearly identifies (1) the law under which he brings his claims, (2) the conduct which he is challenging and the reason or reasons such conduct was unlawful, and (3) the remedy he is seeking, that is, what he wants the Court to order.  Plaintiff is warned that his failure to comply with this Order will result in denial of motion to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: Nov. 21, 2005

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4241\orderreamendment.wpd                              2