United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BATCHELDER, | No. C 05-04241 CRB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| FEDERAL BUREAU PRISON, | |
| Defendant. | |

    Plaintiff seeks to prosecute this action *in forma pauperis*. By Order dated November 22, 2005, the Court noted that the judge to whom this case was previously assigned had already once ordered plaintiff to amend his complaint; plaintiff's amendments in response to that order did not state a claim. Accordingly, this Court gave plaintiff "one final chance to state a claim." The Court directed that on or before December 9, 2005, plaintiff shall file a statement, not to exceed two double-spaced pages, that clearly identifies (1) the law under which he brings his claims, (2) the conduct which he is challenging and the reason or reasons such conduct was unlawful, and (3) the remedy he is seeking, that is, what he wants the Court to order. The November 22 order warned plaintiff that his failure to comply with this Order will result in denial of motion to proceed *in forma pauperis*.

    The Court has received documents from plaintiff signed on November 21, 2005 (and filed November 22, 2005) and another set postmarked November 21, 2005. He also faxed

certain documents to the chambers of the judge to whom this case was previously assigned. None of these documents is responsive to the Court's order. Accordingly, plaintiff's motion to proceed *in forma pauperis* is DENIED and this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: Dec. 19, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE