IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH BATCHELDER,

    Plaintiff,

v.

FEDERAL BUREAU PRISON,

    Defendant.
                                       /

No. C 05-04241 CRB

**ORDER**

On December 19, 2005, the Court issued an order dismissing plaintiff's action. Due to court error, the order was not served on plaintiff. Accordingly, the Court will serve the order on plaintiff at this time.

**IT IS SO ORDERED.**

Dated: January 30, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\4241\ordertoplaintiff.wpd